# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **GERMANY GERMAINE THOMAS #459796** | **CASE NO. 5:25-CV-00576 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE SABINE PARISH ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

THUS DONE in Chambers on this 30th day of October, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT